# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FORTAS R. HAZELWOOD,**

        Plaintiff,

        V.        CASE NUMBER: **03-C-718**

**CITY OF MILWAUKEE**
**FIRE AND POLICE COMMISSION,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's complaint is dismissed without prejudice for lack of prosecution. This action is hereby DISMISSED.**

    **October 11, 2005**        **SOFRON B. NEDILSKY**
Date        Clerk

        s/ Linda M. Zik
        (By) Deputy Clerk